**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**IN RE: MCKINSEY & COMPANY, INC.**
**NATIONAL PRESCRIPTION OPIATE**
**CONSULTANT LITIGATION**

Arising from: Case No. 21-md-02996-CRB (SK)
(N.D. Cal.)

Misc. Action No. __2:26-mc-00015_____

**APPLICATION TO ENFORCE SUBPOENA AND FOR**
**ORDER TO SHOW CAUSE WHY NON-PARTY IRAJ DERAKSHAN**
**SHOULD NOT BE HELD IN CONTEMPT**

Plaintiff Cynthia Woolwine, next friend and guardian of E.G.W., by counsel, respectfully submits this Application pursuant to Federal Rule of Civil Procedure 45(g) to enforce a subpoena and order of the United States District Court for the Northern District of California compelling the deposition of non-party Iraj Derakshan, and requests that this Court issue an order directing Mr. Derakshan to show cause why he should not be held in contempt for his failure to comply.

**I. BACKGROUND**

This matter arises from multidistrict litigation pending in the Northern District of California, *In re: McKinsey & Company, Inc. National Prescription Opiate Consultant Litigation*, Case No. 21-md-02996-CRB (SK). Non-party Iraj Derakshan is one of the physicians who prescribed opioids to Plaintiff E.G.W.'s birth mother, Cynthia Woolwine, and has information relevant to this litigation. (Dkt. No. 888 at 2.) On November 4, 2025, both Defendant McKinsey & Company, Inc. and Plaintiff served subpoenas for deposition and production of documents on Mr. Derakshan. (Dkt. Nos. 888-1, 888-2, 888-3.) The subpoenas required production of documents and attendance at a deposition on November 7, 2025, via remote appearance. (Doc. 901 at 1.) Mr.

Derakshan did not appear for the deposition and did not serve a valid objection on the party who issued the subpoena. (Dkt. No. 888.)

On January 6, 2026, Plaintiff filed a Motion for Contempt/To Enforce Subpoena in the Northern District of California. (Dkt. No. 888.) On February 18, 2026, the Honorable Sallie Kim, United States Magistrate Judge, entered an Order compelling Mr. Derakshan to appear for deposition (Doc. 901), a true and correct copy of which is attached hereto as Exhibit A. The Order provides that the deposition must take place by March 31, 2026, and that failure to appear will result in contempt of court. (*Id.*) The Order further directs the parties to serve Mr. Derakshan with the Order. (*Id.*) Mr. Derakshan resides or is located within this judicial district in Charleston, WV. The March 31, 2026 deadline imposed by the Northern District of California is imminent, and Mr. Derakshan has not complied with the Order.

## II. LEGAL FRAMEWORK

Federal Rule of Civil Procedure 45(g) provides that "[t]he court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g). Rule 45(c)(1) provides that a subpoena may command a person to attend a deposition only within 100 miles of where the person resides, is employed, or regularly transacts business in person. Fed. R. Civ. P. 45(c)(1)(A). Because Mr. Derakshan resides within this judicial district, this is the district where compliance is required, and this Court has authority under Rule 45(g) to enforce the subpoena and to hold Mr. Derakshan in contempt for his failure to obey. Mr. Derakshan was served with a lawful subpoena commanding his attendance at a deposition. (Dkt. Nos. 888-1, 888-2, 888-3.) He failed to appear and failed to serve any objection. (Dkt. No. 888.) The Northern District of California thereafter entered an Order

compelling his appearance by March 31, 2026, with contempt as a consequence for noncompliance. (Doc. 901.) Mr. Derakshan has not complied with that Order.

## III. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

(a) Enter an Order to Show Cause directing Mr. Derakshan to appear before this Court at a date and time to be set by the Court and show cause why he should not be held in contempt pursuant to Federal Rule of Civil Procedure 45(g) for his failure to obey the subpoena and the Northern District of California's Order (Doc. 901) compelling his deposition;

(b) Upon a finding of noncompliance, hold Mr. Derakshan in contempt and enter such sanctions as this Court deems appropriate to compel his appearance at a deposition, to be conducted at a location within 100 miles of his residence or by remote means, on or before March 31, 2026, or such later date as the Northern District of California may allow; and

(c) Grant such other and further relief as this Court deems just and proper.

## CONCLUSION

Mr. Derakshan was served with a lawful subpoena, failed to appear, failed to object, and has been ordered by the Northern District of California to sit for a deposition by March 31, 2026, under threat of contempt. He has not complied. This Court, as the court for the district where compliance is required under Rule 45(c)(1) and Rule 45(g), has authority to enforce that obligation. Plaintiff respectfully requests that this Court issue the relief described above.

Respectfully submitted,


By: /s/ Stephen P. New
Stephen P. New
steve@newlawoffice.com
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012


Kimball Jones, Esq.
kimball@bighornlaw.com
BIGHORN LAW
3675 W. Cheyenne Ave. Suite 100
North Las Vegas, Nevada 89032
Telephone: (702) 333-1111


Scott R. Bickford
srb@mbfirm.com
MARTZELL, BICKFORD & CENTOLA, APC
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
PSC Member – NAS Children


Kevin Thompson
kwthompsonwv@gmail.com
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405


Donald Creadore
donald@creadorelawfirm.com
THE CREADORE LAW FIRM, P.C.
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412


*Counsel for Plaintiff*